IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD ELMO WARREN     PLAINTIFF

V.     CASE NO. 5:19-CV-05115

SHERIFF TIM HELDER and
MAJOR DENZER     DEFENDANTS

## JUDGMENT

For the reasons stated in an Opinion and Order entered this date, the Defendants' Motion for Summary Judgment (Doc. 26) is **GRANTED** and this **CASE IS DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED and ADJUDGED** on this 6th day of August, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE